IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARRIET NICHOLSON, | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:25-CV-1726-E-BK |
| | § | |
| NATIONSTAR MORTGAGE LLC, | § | |
|     DEFENDANT. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

Accordingly, Plaintiff's motion for leave to file is DENIED and this case is ADMINISTRATIVELY CLOSED based on the sanction order in Case No. 4:24-CV-00389-O. Doc. 3.

SO ORDERED this 7th day of August, 2025.

Ada Brown
UNITED STATES DISTRICT JUDGE